# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

UNITED STATES OF AMERICA

                  Plaintiff,

v.                                   Case No.: 1:26–cr–00345 *SEALED*

                                   Honorable Laura K. McNally

Suppressed 1, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 1, 2026:

      MINUTE entry before the Honorable Laura K. McNally: On 7/1/26 at approximately 8:00 a.m., the Government called Chambers to state that it would be seeking to unseal the Complaint with redactions. The Government represented that it needed to obtain a ruling within the next 15 minutes. The Government then hand–delivered a set of proposed redactions to Chambers. At that time, no formal motion was tendered to the Court. Given imminent hearings in other criminal matters, the Court was not able to take up the oral request at that time, and the seal remained in place. At approximately 1:25 p.m., the Government sent a written motion to unseal to the Court's proposed order inbox. The Court informed the Government at 4:57 p.m. that it would take up the motion when it was formally filed on the docket. As of 7:00 p.m. on 7/1/26, no formal filing has appeared on the docket. The Government is ordered to formally file the motion that was submitted informally to the Court's proposed order inbox. The Government's motion is denied. In seeking to seal the entire Complaint on 6/29/26, the Government represented to this Court that the public filing of the Complaint before the arrest warrants could be executed could alert the defendants and result in their flight and the destruction of evidence. [2] The Court relied on the sincerity and truthfulness of that representation, and it granted the motion. [3] As of the date of the motion to unseal, less than 48 hours after the arrest warrants were issued, the Government represents that the defendants have not all been arrested. One defendant remains at large. The Government has offered no reason to believe that its prior concerns regarding flight or the destruction of evidence have been addressed, and the modest redactions proposed in the motion are, in the Court's view, insufficient to achieve the protections sought by the Government in their initial motion to entirely seal the Complaint. The Court will entertain a renewed motion to unseal in the normal course. Mailed notice (McNally, Laura)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.