**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                         Case No.: 1:26–cr–00345
                                                           Honorable Laura K. McNally

Josue Pacheco Torres, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 2, 2026:

        MINUTE entry before the Honorable Laura K. McNally: For the reasons stated on the record in Court on 7/2/26, the Court has serious concerns regarding the Government's compliance on 7/1/26 and 7/2/26 with the order sealing this case [3]. Accordingly, on the Court's own motion, this matter is set for hearing on 7/9/26 at 10:00 a.m. in Courtroom 1743 for further discussions about potential violations of the sealing order. United States Attorney Andrew Boutros is ordered to attend this hearing in person. Defendant's presence is waived at this hearing. Mailed notice (McNally, Laura)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.